495

Argued and submitted January 28, reversed and remanded with instructions in
part; otherwise affirmed February 11, petition for review allowed by opinion
March 18, 1998
See 327 Or 171, 957 P2d 1221 (1998)

STATE OF OREGON,
*Respondent,*

*v.*

ERIC LAMONT HARRIS,
*Appellant.*

(94-11-37779; CA A89273)

952 P2d 575

Howard Clyman argued the cause and filed the brief for
appellant.

Timothy A. Sylwester, Assistant Attorney General,
argued the cause for respondent. With him on the brief were
Hardy Myers, Attorney General, and Virginia L. Linder,
Solicitor General.

Before Leeson, Presiding Judge, and Landau, Judge, and
Peterson, Senior Judge.

PER CURIAM

Reversed and remanded with instructions to allow demurrer to ORICO charges; otherwise affirmed. *State v. Fair,* 145
Or App 96, 929 P2d 1012 (1996), *rev allowed* 325 Or 45
(1997).